# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| RODNEY E. MACE, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:14-CV-36-SPM |
| KEDNIS ARCHER, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the court is the *ex parte in camera* response of Corizon Health to the Court's July 9, 2014 waiver of service letter [Docs. #19, 18]. Corizon Health's response provides the last known address of defendant Jane Wilkinson, a former Corizon employee, for purposes of accomplishing service of process.

Because plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915, the court is required to serve process on his behalf. As such, the court will order the Clerk to effectuate service of process on the complaint by alias summons on defendant Jane Wilkinson in her individual capacity, by instructing the United States Marshals Service to serve an alias summons on said defendant at the address listed in Corizon Health's *in camera* response [Doc. #19]. The Clerk's summons and the Marshal's return of summons for said defendant shall be filed under seal.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall prepare an alias summons for defendant Jane Wilkinson, using the address listed in Corizon Health's *in camera* response [Doc. #19], and shall docket said alias summons under seal.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall serve defendant Jane Wilkinson in her individual capacity in accordance with Rule 4 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the Marshal's return of summons for defendant Jane Wilkinson shall be filed under seal.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide the Marshals Service with a copy of this Memorandum and Order.

Dated this **31st** day of **July, 2014.**

**/s/Shirley Padmore Mensah**
**SHIRLEY PADMORE MENSAH**
**UNITED STATES MAGISTRATE JUDGE**